[No. 36228-7-II.   Division Two.   May 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALLEN SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-00134-2, Jay B. Roof, J., entered April 10, 2007. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Hunt and Penoyar, JJ.

[No. 36238-4-II.   Division Two.   May 13, 2008.]

*In the Matter of the Estate of* JAMES ANDREW BLACK.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 99-4-00150-1, F. Mark McCauley, J., entered March 27, 2007. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 36246-5-II.   Division Two.   May 13, 2008.]

*In the Matter of the Parentage of* M.E.

C.W., *Appellant*, v. G.E. ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-5-00555-1, Kitty-Ann van Doorninck, J., entered March 19, 2007. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 36358-5-II.   Division Two.   May 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. NINA SWITZER, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 06-1-00061-2, Craddock D. Verser, J., entered June 1, 2007. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Penoyar, JJ.